UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL AND COMPANY, INC. (NEVADA CORPORATION),<br><br>          Plaintiff,<br><br>     vs.<br><br>LISA WONG, an individual<br>BOSCHAL LEE, an individual<br>SHANON QUINLEY, an individual<br>and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:21-cv-00426-RCJ-WGC<br><br>**ORDER TO EXTEND TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT SHANON QUINLEY'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (ANTI-SLAPP) OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff MITCHELL AND COMPANY ("Plaintiff"), by and through its attorneys of record Guinness Ohazuruike, Esq. of GUINNESS LAW FIRM, and Defendant SHANON QUINLEY ("Quinley"),  by and through her attorneys of record Marc S. Cwik, Esq. and Adam J. Pernsteiner, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree that the deadline for Quinley to file a Reply to Plaintiff's Opposition [ECF No. 27] to Quinley's Special Motion to Dismiss Pursuant to NRS 41.660 (Anti-SLAPP) or, Alternatively, Motion for Summary Judgment, [ECF No. 18], shall be extended to Monday, December 27, 2021.  This stipulation was reached due

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  to both calendar conflicts in other cases and out-of-state commitments of counsel for Quinley

2  through December 24, 2021.

3      This is the first request for an extension.  It is not intended for an improper purpose or to

4  cause delay, but is made in good faith after discussions between the aforementioned counsel of

5  record.

6  DATED this 14th day of December, 2021.      DATED this 14th day of December, 2021.

7  LEWIS BRISBOIS BISGAARD &      GUINNESS LAW FIRM
   SMITH LLP

8

9  /s/ _Marc S. Cwik_____      /s/__Guinness Ohazuruike_____
   MARC S. CWIK      Guinness Ohazuruike, Esq.
   Nevada Bar No. 006946      Nevada Bar No. 11231

10  ADAM J. PERNSTEINER      6845 W Charleston Blvd #A,
    Nevada Bar No. 7862      Las Vegas, Nevada 89117

11  6385 S. Rainbow Boulevard, Suite 600      *Attorneys for Plaintiff Mitchell and Company,*

12  Las Vegas, Nevada 89118      *Inc.*
    *Attorneys for Defendant Shanon Quinley*

13

14

15

16                                    **ORDER**

17      **IT IS SO ORDERED.**

18

19  _____

20  UNITED STATES DISTRICT COURT JUDGE

21  DATED:  December 21, 2021

22

23

24

25

26

27

28

