UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL AND COMPANY, INC. (NEVADA CORPORATION),<br><br>Plaintiff,<br><br>vs.<br><br>LISA WONG, an individual<br>BOSCHAL LEE, an individual<br>SHANON QUINLEY, an individual<br>and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00426-RCJ-WGC<br><br>**ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION [ECF NO. 48]**<br><br>**(FIRST REQUEST)** |

Plaintiff MITCHELL AND COMPANY ("Plaintiff"), by and through its attorneys of record Guinness Ohazuruike, Esq. of GUINNESS LAW FIRM; Defendant LISA WONG ("Wong") by and through her attorneys of record Joseph P. Garin, Esq. and Amanda A. Ebert. Esq. of LIPSON NEILSON P.C.; and Defendant SHANON QUINLEY ("Quinley"), by and through her attorneys of record Marc S. Cwik, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree that the deadline for Defendants Wong and Quinley to file a Response to Plaintiff's Motion for Reconsideration [ECF No. 48] shall be extended to Monday, October 3, 2022.  This stipulation was reached due to commitments of both defense counsel in other cases and pre-planned time away from the office of counsel for Quinley during the week of September 26, 2022.

/ / /

This is the first request for an extension. It is not intended for an improper purpose or to cause delay, but is made in good faith after discussions between the aforementioned counsel of record.

DATED this 20th day of September, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ _Marc S. Cwik_
MARC S. CWIK
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Shanon Quinley*

DATED this 20th day of September, 2022.

LIPSON NEILSON, P.C.

/s/ _Amanda A. Ebert_
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
AMANDA A. EBERT,. ESQ.
Nevada Bar No. 12731
900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Lisa Wong*

DATED this 20th day of September, 2022.

GUINNESS LAW FIRM

/s/ _Guinness Ohazuruike_
Guinness Ohazuruike, Esq.
Nevada Bar No. 11231
6845 W Charleston Blvd #A,
Las Vegas, Nevada 89117
*Attorneys for Plaintiff Mitchell and Company, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

DATED: OCTOBER 11, 2022